## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**ERNEST HARDEN,**

    **Plaintiff,**

**v.**                                             Case No.  8:07-cv-675-T-30TGW

**DAVITA INC. and
KRISTINE A. JOHNSON,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendants' Motion for Summary Judgment (Dkt. #11), Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment (Dkt. #21), and the parties' Joint Stipulation for Order Granting Defendants' Motion for Summary Judgment (Dkt. #22).  The Court, having considered the motion, response, joint stipulation of the parties', and being otherwise advised in the premises, finds that Defendants' Motion for Summary Judgment should be granted.

It is therefore ORDERED AND ADJUDGED that:

1. Defendants' Motion for Summary Judgment (Dkt. #11) is **GRANTED**.

2. The Clerk is directed to enter **JUDGMENT** in favor of Defendants, Davita Inc. and Kristine A. Johnson, and against Plaintiff Ernest Harden.

3. Each party shall bear their own fees and costs.

4. The Clerk is further directed to **CLOSE** this case and to terminate any pending motions.

**DONE** and **ORDERED** in Tampa, Florida on March 21, 2008.

                                                            /s/ James S. Moody, Jr.
                                                            JAMES S. MOODY, JR.
                                                            UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2007\07-cv-675.stip msj 22.wpd